**Motion Granted in Part; Order filed December 13, 2016**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-16-00898-CV
_____

### SCOTTY MORING, Appellant

### V.

### INSPECTORATE AMERICA CORPORATION, Appellee

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2016-26355**

## ORDER

The clerk's record was filed in this appeal on November 21, 2016. On December 6, 2016, appellee filed an unopposed motion requesting that this court direct the Harris County District Clerk to forward original *in camera* sealed documents for inclusion in the clerk's record. According to appellee's motion, two notebooks containing documents were ordered to be temporarily sealed and made a part of the record. Appellee asks this court to direct the district clerk to forward the documents under seal in paper form to this court. Appellee's motion is granted, in

part.

The Harris County District Clerk is directed to file a supplemental clerk's record under seal on or before January 12, 2017, containing (1) **an electronic copy** of the documents filed under seal in the trial court; (2) the trial court's order sealing the record; and (3) any order identifying the parties and their counsel, if any, who are allowed access to view the sealed record.

If the above-described items ordered to be made part of the record are not part of the case file, the district clerk is directed to file, on or before January 12, 2017, a supplemental clerk's record containing a certified statement that these items are not a part of the case file.

PER CURIAM

Panel consists of Chief Justice Frost and Justices McCally and Brown.